B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

**In re: Ernest  C  Young ,**                                    **Case No. 25-20342**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust | Name of Transferor:<br>Colonial Savings, F.A. |
| Name and Address where notices to Transferee should be sent:<br><br>Carrington Mortgage Services, LLC<br>500 N. State College Blvd.<br>Ste 1030,1300,1400<br>Orange, CA 92868 | Court Claim # (if known): 14-1<br><br>Amount of Claim: $157,830.82<br>Date Claim Filed: 11/26/2025 |
| Phone: 800-561-4567<br>Last Four Digits of Acct #: 3719 | Phone: 817-390-2000<br>Last Four Digits of Acct #: 7707 |

Name and Address where Transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shakyra Hopkins                                    Date: 02/02/2026
Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

*In Re:*                                                            **Case No. 25-20342**
**Ernest  C  Young ,**

       **Debtor(s)**                                      **Chapter 13**

## CERTIFICATE OF SERVICE

I hereby certify that on 02/02/2026, a true and correct copy of the foregoing Transfer of Claim was served upon all interested parties pursuant to the Court's CM/ECF system.

By: /s/ Shakyra Hopkins
Authorized Agent for Transferee
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Debtor through the Debtor's Attorney of Record
Ernest  C  Young
420 Myrtle Avenue
Lindenwold NJ 08021

Trustee
Andrew B Finberg
535 Route 38 Suite 580
Cherry Hill, NJ 08002

Debtor's Counsel
Andrew Thomas Archer
125 Route 73 North
West Berlin, NJ 08091

U.S. Trustee (if applicable)
Office of the United States Trustee
One Newark Center Ste 2100
Newark, NJ 07102