Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–20342–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ernest C. Young
aka Ernest Carlyle Young
420 Myrtle Avenue
Lindenwold, NJ 08021

Social Security No.:
xxx–xx–2258

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        4/2/26
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: 10/28/2025 to 2/20/2026

COMMISSION OR FEES
Fee:$997.50

EXPENSES
$68.72

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 20, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-20342-JNP

Ernest C. Young                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: 137 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ernest C. Young, 420 Myrtle Avenue, Lindenwold, NJ 08021-1748 |
| 520830446 | + | American First Finance, Attn: Bankruptcy, 3100 Olympus Blvd, Ste 300, Coppell, TX 75019-5472 |
| 520899713 | + | Colonial Savings F.A., 2570 W Fwy Bldg E, Fort Worth, TX 76102-5820 |
| 520830453 | + | JDC Law LLC dba Tonacchio Spina & Comp, Attn: Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 520969395 | + | Wilmington Savings Fund Society, FSB, as, Trustee of Wampus Mortgage Loan Trust, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868-1604 |
| 520969396 | + | Wilmington Savings Fund Society, FSB, as, Trustee of Wampus Mortgage Loan Trust, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868 Wilmington Savings Fund Society, FSB, as 92868-160 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Feb 20 2026 20:54:21 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2026 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2026 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bankruptcydesk@colonialsavings.com | Feb 20 2026 21:01:00 | Colonial Savings, F.A., P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 520830446 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Feb 20 2026 21:01:00 | American First Finance, Attn: Bankruptcy, 3100 Olympus Blvd, Ste 300, Coppell, TX 75019-5472 |
| 520843764 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 21:02:27 | Ashley Funding Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520830447 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2026 21:02:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520847293 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 20 2026 21:02:49 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520830448 | + | Email/Text: bankruptcydesk@colonialsavings.com | Feb 20 2026 21:01:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 520830449 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2026 21:02:25 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520830450 | + | Email/PDF: bncnotices@becket-lee.com | Feb 20 2026 21:02:36 | Finwise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 520830451 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 20 2026 21:02:37 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Feb 20, 2026 | Form ID: 137 | Total Noticed: 36

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520830452 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 20 2026 21:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520830454 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2026 21:01:00 | Jefferson Capital Systems, LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 520830455 | ^ | MEBN | Feb 20 2026 20:54:20 | KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 520879828 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 21:02:38 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520838717 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 21:02:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520830456 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 21:02:27 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 520830458 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2026 21:02:26 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 520885699 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2026 21:02:37 | Portfolio Recovery Associates, LLC, c/o Progress One Financial, LLC, POB 41067, Norfolk VA 23541 |
| 520830459 | | Email/Text: signed.order@pfwattorneys.com | Feb 20 2026 21:00:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520830460 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 20 2026 21:01:00 | Quantum3 Group LLC as Agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520830462 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 21:02:27 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 520830463 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 21:02:27 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520879830 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 21:02:28 | Resurgent Receivables, LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520830464 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 20 2026 21:00:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520940616 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 20 2026 21:00:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, Po box 245, Trenton, NJ 08695 |
| 520893277 | + | Email/Text: bncmail@w-legal.com | Feb 20 2026 21:00:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520830465 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 20 2026 21:02:27 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520830466 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 20 2026 21:02:23 | U.S. Department of Housing and Urban Dev, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 520833020 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 20 2026 21:02:23 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520905225 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Feb 20, 2026 | Form ID: 137 | Total Noticed: 36

| | | |
|---|---|---|
| 520849333 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520830457 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 520830461 | *+ | Quantum3 Group LLC as Agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520837434 | * | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520830467 | *+ | U.S. Department of Housing and Urban Dev, 451 7th Street, S.W., Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Ernest C. Young aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5