Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−20342−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ernest C. Young
aka Ernest Carlyle Young
420 Myrtle Avenue
Lindenwold, NJ 08021

Social Security No.:
xxx−xx−2258

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 19, 2026.

Dated: March 19, 2026
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-20342-JNP

Ernest C. Young                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                          Page 1 of 3

Date Rcvd: Mar 19, 2026                  Form ID: plncf13                                  Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ernest C. Young, 420 Myrtle Avenue, Lindenwold, NJ 08021-1748 |
| 520899713 | + | Colonial Savings F.A., 2570 W Fwy Bldg E, Fort Worth, TX 76102-5820 |
| 520830453 | + | JDC Law LLC dba Tonacchio Spina & Comp, Attn: Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Mar 19 2026 21:26:10 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bankruptcydesk@colonialsavings.com | Mar 19 2026 21:32:00 | Colonial Savings, F.A., P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 520830446 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Mar 19 2026 21:31:00 | American First Finance, Attn: Bankruptcy, 3100 Olympus Blvd, Ste 300, Coppell, TX 75019-5472 |
| 520843764 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 21:39:45 | Ashley Funding Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520830447 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2026 21:39:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520847293 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2026 21:39:19 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520830448 | + | Email/Text: bankruptcydesk@colonialsavings.com | Mar 19 2026 21:32:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 520830449 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2026 21:39:41 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520830450 | + | Email/PDF: bncnotices@becket-lee.com | Mar 19 2026 21:39:41 | Finwise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 520830451 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 19 2026 21:40:01 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520830452 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2026 21:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520830454 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2026 21:32:00 | Jefferson Capital Systems, LLC, Po Box 7999, |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Mar 19, 2026 | Form ID: plncf13 | Total Noticed: 36

| | | | | Saint Cloud, MN 56302 |
|---|---|---|---|---|
| 520830455 | ^ MEBN | | Mar 19 2026 21:26:09 | KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 520879828 | Email/PDF: resurgentbknotifications@resurgent.com | | Mar 19 2026 21:40:03 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520838717 | Email/PDF: resurgentbknotifications@resurgent.com | | Mar 19 2026 21:40:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520830456 | + Email/PDF: resurgentbknotifications@resurgent.com | | Mar 19 2026 21:40:03 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 520830458 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Mar 19 2026 21:39:18 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 520885699 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Mar 19 2026 21:39:42 | Portfolio Recovery Associates, LLC, c/o Progress One Financial, LLC, POB 41067, Norfolk VA 23541 |
| 520830459 | Email/Text: signed.order@pfwattorneys.com | | Mar 19 2026 21:30:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520830460 | + Email/Text: bnc-quantum@quantum3group.com | | Mar 19 2026 21:31:00 | Quantum3 Group LLC as Agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520830462 | + Email/PDF: resurgentbknotifications@resurgent.com | | Mar 19 2026 21:39:46 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 520830463 | + Email/PDF: resurgentbknotifications@resurgent.com | | Mar 19 2026 21:39:45 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520879830 | Email/PDF: resurgentbknotifications@resurgent.com | | Mar 19 2026 21:39:45 | Resurgent Receivables, LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520830464 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | Mar 19 2026 21:30:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520940616 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | Mar 19 2026 21:30:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, Po box 245, Trenton, NJ 08695 |
| 520893277 | + Email/Text: bncmail@w-legal.com | | Mar 19 2026 21:31:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520830465 | + Email/PDF: ebn_ais@aisinfo.com | | Mar 19 2026 21:39:19 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520830466 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | | Mar 19 2026 21:39:39 | U.S. Department of Housing and Urban Dev, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 520833020 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | Mar 19 2026 21:39:39 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520969395 | + Email/Text: BKBCNMAIL@carringtonms.com | | Mar 19 2026 21:30:00 | Wilmington Savings Fund Society, FSB, as, Trustee of Wampus Mortgage Loan Trust, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868-1604 |
| 520969396 | + Email/Text: BKBCNMAIL@carringtonms.com | | Mar 19 2026 21:30:00 | Wilmington Savings Fund Society, FSB, as, Trustee of Wampus Mortgage Loan Trust, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868, Wilmington Savings Fund Society, FSB, as 92868-1604 |

TOTAL: 33

District/off: 0312-1                                    User: admin                                    Page 3 of 3

Date Rcvd: Mar 19, 2026                                 Form ID: plncf13                               Total Noticed: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520905225 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520849333 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520830457 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 520830461 | *+ | Quantum3 Group LLC as Agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520837434 | * | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520830467 | *+ | U.S. Department of Housing and Urban Dev, 451 7th Street, S.W., Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Ernest C. Young aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5