UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on July 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ernest C. Young,

Debtor(s).

| | |
|---|---|
| Case No.: | 25-20342 (JNP) |
| Chapter: | 13 |
| Judge: | Jerrold N. Poslusny |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 1, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____682.50_____ for services rendered and expenses in the amount of $_____3.46_____ for a total of $_____685.96_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____515.00_____ per month for _____51_____ months to allow for payment of the above fee.

*rev.8/1/15*

2